UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:95-CR-29-DBH |
| | ) | |
| THOMAS J. BARTELHO, | ) | |
| | ) | |
| DEFENDANT/PETITIONER | ) | |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On August 8, 2018, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on 28 U.S.C. § 2255 Motion. The petitioner filed an objection to the Recommended Decision on August 22, 2018. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. An evidentiary hearing under Rule 8 of the Rules Governing Section 2255 cases is not warranted. The petitioner's motion for habeas relief under 28 U.S.C. § 2255 is **DENIED**.

No certificate of appealability, pursuant to Rule 11 of the Rules Governing Section 2255 Cases, shall issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 31ST DAY OF AUGUST, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**