UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 2:95-CR-29-DBH |
| | ) | |
| THOMAS J. BARTELHO, | ) | |
| | ) | |
| DEFENDANT | ) | |

PROCEDURAL ORDER

The defendant has filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A). He recognizes in the opening paragraph of his motion that "[t]he First Step Act of 2018 enables defendants, assuming they have first exhausted Administrative Remedies, to bring motions under § 3582(c) without the Warden or the Director of the Bureau of Prisons having done so first." Def.'s Mot. at 1. He then states: "Bartelho has exhausted Administrative Remedies herein and attached Numbered 1060741-F2." I find no such document in the motion or in the various papers Bartelho submitted with the motion. Until the defendant submits the document he refers to, I will not address the merits of his motion.

SO ORDERED.

DATED THIS 4TH DAY OF MAY, 2021

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE